**SEALED BY ORDER OF THE COURT**

MELINDA HAAG (CSBN 132612)
United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
FAX: (415) 436-6748
annie.reding@usdoj.gov

Attorneys for the United States of America

**FILED**
FEB 24 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
FEB 21 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL., TIMOTHY J. RYAN, M.D., INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS FOGARTY, M.D.; FOGARY ENGINEERING, INC.; CARDIOVASCULAR CONCEPTS, INC.; ANEURX; and MEDTRONIC, INC.; MEDTRONIC AVE, INC.; MEDTRONIC VASCULAR, INC.,<br><br>Defendants. | CASE NO. 13-05936 DMR<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [~~PROPOSED~~] ORDER TO UNSEAL**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action. Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language,

U.S. NOTICE OF ELECTION TO DECLINE INTERVENTION
Case No. C 13-5936 DMR

the United States only has the right to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the government's counsel. The United States reserves its rights to order any deposition transcripts and to intervene in this action, for good cause, at a later date, and to seek dismissal of the relator's action or claim. *See* 31 U.S.C. § 3730(c)(2), (3). The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the Court unseal: (1) relator's Complaint; (2) the summons, if any; (3) the scheduling order; (4) this Notice of Election to Decline Intervention, with (Proposed) Order to Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing order.

Dated: February 21, 2014

Respectfully submitted,

MELINDA HAAG

By: *[signature]*
Ann Marie Reding
Assistant United States Attorney
Attorneys for the United States of America

U.S. NOTICE OF ELECTION TO DECLINE INTERVENTION
Case No. C 13-5936 DMR

## [~~PROPOSED~~] ORDER TO UNSEAL

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED that:

1. The Complaint, the summons, the scheduling order, this Order, and the accompanying United States' Notice of Election to Decline Intervention are hereby unsealed.

2. The relator shall serve the Complaint on defendants.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court shall be sent to the United States.

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: 2/24/14

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

**U.S.A.** *ex rel., Timothy J. Ryan, M.D.*

          Plaintiffs,

v.

**FOGARTY ENGINEERING INC., ET AL,**
          Defendants.
_____/

**UNDER SEAL**
Case Number: CV13-05936-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2014, I SERVED true and correct copies of the Order to Unseal, by placing said copies in a postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail, or by placing said copies into an inter-office delivery receptacle located in the Clerk's office.

**Daniel Ellsworth Wilcoxen**
**William Cooper Callaham**
**Martha Ann Taylor**
**Carolyn Ann Gyermek**
Wilcoxen Callaham LLP
2114 K Street
Sacramento, CA 95816

**Rudy Nolen , Jr.**
Nolen Law Firm
1501 28th Street
Sacramento, CA 95816

Dated: February 24, 2014

Richard W. Wieking, Clerk

By: Ivy Garcia, Deputy Clerk