| | |
|---|---|
| 1 | **WILCOXEN CALLAHAM, LLP** |
| | DANIEL E. WILCOXEN, SBN 054805 |
| 2 | WILLIAM CALLAHAM, SBN 060728 |
| | MARTHA A. TAYLOR, SBN 260692 |
| 3 | CAROLYN A. GYERMEK SBN 228981 |
| | 2114 K Street |
| 4 | Sacramento, California 95816 |
| | Telephone: (916) 442-2777 |
| 5 | Facsimile: (916) 442-4118 |
| 6 | **NOLEN LAW FIRM** |
| | Rudy Nolen, Jr., SBN 059808 |
| 7 | 1501 28th Street |
| | Sacramento, CA 95816 |
| 8 | Telephone: (916) 733-0600 |
| | Facsimile:  (916) 733-0601 |
| 10 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., TIMOTHY J. RYAN, M.D. individually | Case No. CV 13 05936 DMR<br>Honorable Donna M. Ryu |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER (AS MODIFIED) |
| -vs- | **PLAINTIFF/RELATORS REQUEST COURT CONTINUE INITIAL CASE MANAGEMENT HEARING SCHEDULED ON MARCH 26, 2014** |
| THOMAS FOGARTY, M.D.; FOGARTY ENGINEERING, INC.; CARDIOVASCULAR CONCEPTS, INC.; ANEURX; and MEDTRONIC, INC.; MEDTRONIC AVE, INC.; MEDTRONIC VASCULAR, INC.<br>Defendants. | |

## ORDER

Before the Court is Plaintiff/Relator, Timothy J. Ryan, M.D.'s unopposed request the Initial Case Management Conference be continued to be conducted no sooner than August 24, 2014.

AND it appearing that such request should be GRANTED.

///

///

1  IT IS THEREFORE, ORDERED that such unopposed request ~~it~~ is granted and that the Initial

3  Case Management Conference shall be conducted on __JULY 30,_____, 2014. at 1:30 p.m.  The Case Management Statement is due no later than July 23, 2014.  Plaintiff/Relator shall serve Defendants with a copy of this Order and file a proof of service with the court.

5  Dated: 3/25/2014                          _____/s/ Donna_____

6                                           Donna M. Ryu
                                            United States Magistrate Judge