1  **WILCOXEN CALLAHAM, LLP**
   DANIEL E. WILCOXEN, SBN 054805
2  WILLIAM C. CALLAHAM, SBN 060728
   CAROLYN A. GYERMEK SBN 228981
3  2114 K Street
   Sacramento, California 95816
4  Telephone: (916) 442-2777
   Facsimile: (916) 442-4118

5
   **NOLEN LAW FIRM**
6  RUDY NOLEN, JR., SBN 059808
   1501 28th Street
7  Sacramento, CA 95816
   Telephone: (916) 733-0600
8  Facsimile: (916) 733-0601

9  Attorneys for Plaintiff
   TIMOTHY J. RYAN, M.D.

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., TIMOTHY J. RYAN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS FOGARTY, M.D., et al., <br><br> Defendants. | Case No. 4:13-cv-05936-JSW <br><br> **STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS FIRST AMENDED COMPLAINT;** <br> [PROPOSED] **ORDER** |

1
2      Pursuant to Civil Local Rules 6-1(b) and 6.2, and this Court's Standing Civil Orders,
3  Relator Timothy J. Ryan, M.D. and Defendants Medtronic, Inc., Medtronic Ave, Inc., Medtronic
4  Vascular, Inc., Jay Lenker, Kirsten Freislinger (now Kirsten Luehrs), AneuRx, Inc., and
5  Cardiovascular Concepts, Inc. (collectively "Defendants"), hereby stipulate to extend the deadline
6  for Relator to respond to Defendants' Motion to Dismiss Amended Complaint until **February 13,**
7  **2015**, to extend the deadline for Defendants to file a reply in support of Motion to Dismiss
8  Amended Complaint until **February 27, 2015**, and request an Order granting such extension of
9  time.
10
11      Defendants filed their Motion to Dismiss Amended Complaint on January 5, 2015. (ECF
12  No. 54.) Pursuant to Local Civil Rule 7-3, Relator's opposition and Defendants' reply are due,
13  respectively, on January 20, 2015 and January 27, 2015. Relator and Defendants hereby stipulate
14  to mutual extensions of time.
15      Pursuant to Civil Local Rule 6-2(a)(2), Relator and Defendant disclose that no
16  modifications previously have been made to the schedule in this case.
17
18      This Stipulation and Proposed Order, if granted by the Court, will not affect any other
19  deadlines or events already scheduled in this case. Relator and Defendants are prepared to file a
20  Case Management Statement, as required, by April 10, 2015, and to participate in the Case
21  Management Conference on April 17, 2015.
22
23      **IT IS SO STIPULATED.**
24
25  ///
26  ///
27  ///
28  ///

Stip. to Extend Time
4:13-cv-05936-JSW

Dated: January 16, 2015                                        NOLEN LAW FIRM


                                                               By: /s/ Rudy Nolen, Jr.
                                                                   Rudy Nolen, Jr.

                                                               Attorneys for Relator
                                                               TIMOTHY J. RYAN


Dated: January 16, 2015                                        JONES DAY


                                                               By: /s/ Nathaniel P. Garrett
                                                                   Nathaniel P. Garrett

                                                               Attorneys for Defendants
                                                               MEDTRONIC, INC., MEDTRONIC AVE,
                                                               INC., MEDTRONIC VASCULAR, INC., JAY
                                                               LENKER, KIRSTEN FREISLINGER
                                                               LUEHRS, ANEURX, INC.,
                                                               CARDIOVASCULAR CONCEPTS, INC.


The below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated:  January 16, 2015                                       /s/ Rudy Nolen, Jr.
                                                               Rudy Nolen, Jr.


### [PROPOSED] ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, the Court hereby Orders that Relator's opposition to Defendants' Motion to Dismiss Amended Complaint shall be filed no later than **February 13, 2015**, and Defendants' reply shall be filed no later than **February 27, 2015**.

**IT IS SO ORDERED**.

Dated: January 20, 2015
                                                               _____
                                                               Hon. Jeffrey S. White
                                                               United States District Judge