Christopher Lovrien (State Bar No. 230546)
cjlovrien@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:     +1.213.489.3939
Facsimile:      +1.213.243.2539

Daniel E. Reidy (Admitted *Pro Hac Vice*)
dereidy@jonesday.com
Heather M. O'Shea (Admitted *Pro Hac Vice*)
hoshea@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601.1692
Telephone:     +1.312.782.3939
Facsimile:      +1.312.782.8585

Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:      +1.415.875.5700

Attorneys for Defendants
MEDTRONIC, INC., MEDTRONIC AVE, INC.,
MEDTRONIC VASCULAR, INC., JAY LENKER,
KIRSTEN FREISLINGER LUEHRS, ANEURX, INC.,
CARDIOVASCULAR CONCEPTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., TIMOTHY J. RYAN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS FOGARTY, M.D., et al.,<br><br>Defendants. | Case No. 4:13-cv-05936-JSW<br><br>**STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT AND OPPOSITION TO MOTION TO DISMISS; [PROPOSED] ORDER** |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Pursuant to Northern District Local Rule 7-11, Relator Timothy J. Ryan and Defendants Medtronic, Inc., Medtronic Ave, Inc., Medtronic Vascular, Inc., Jay Lenker, Kirsten Freislinger (now Kirsten Luehrs), AneuRx, Inc., and Cardiovascular Concepts, Inc. (collectively "Defendants") hereby jointly move for an Order allowing them to exceed the 15-page limit specified in this Court's Standing Civil Orders for: (1) Defendants' Motion to Dismiss Amended Complaint; and (2) Plaintiff's opposition to same. Before filing this Motion, counsel for both parties met and conferred and they each stipulate to the relief sought herein.

Northern District Local Rule 7-2(b) limits motions to "25 pages in length." On January 5, 2014, Defendants filed a 25-page Notice of Motion and Motion to Dismiss First Amended Complaint while the matter was still pending before Magistrate Judge Donna M. Ryu. (*See* Not. of Mot. & Mot. to Dismiss First Am. Compl., ECF No. 54.) Because Judge Ryu's standing order does not modify Rule 7-2(b)'s page limitations, Defendants' motion was procedurally compliant.

Pursuant to Judge Ryu's standing order requiring that a party filing a dispositive motion simultaneously consent or decline Magistrate Judge jurisdiction, Defendants declined jurisdiction on January 5, 2015. (Consent or Declination to Magistrate Judge Jurisdiction, ECF No. 56.) The case was initially assigned to Judges William H. Orrick and Jon S. Tigar, who permit motions 25 pages in length, but both judges filed Orders of Recusal. (*See* ECF Nos. 66, 69.) On January 15, 2015, this case was reassigned to this Court. (*See* Order, ECF No. 70.) Under the Court's Civil Standing Orders, "[a]ll briefs, whether in support of in opposition to, or in reply to any motion … may not exceed fifteen pages in length." (Civil Standing Orders ¶ 7.) Because Defendants cannot adequately address the issues raised by Relator's Amended Complaint in a fifteen page brief, Defendants move under Rule 7-11 for leave to exceed this Court's page limitation by ten pages. Similarly, Plaintiff should be afforded the same opportunity to respond to Defendants' motion.

Good cause exists to grant the instant motion. Relator's Amended Complaint asserts claims under the False Claims Act ("FCA") and California common law, based on the allegation that Defendants filed patent applications disclosing an invention for aortic stent grafts without

initially disclosing Dr. Ryan's role as a joint inventor. In light of the number and significance of issues presented by Dr. Ryan's claims, and the fact that accepting Defendants' already-filed brief will promote judicial efficiency, Defendants submit that an extension of ten pages to the fifteen page limit is warranted in this case. Accordingly, Defendants respectfully request an order from this Court accepting Defendants' motion to dismiss for filing, permitting Defendants to increase by ten pages the length of its motion to dismiss, and permitting Relator to increase by ten pages the length of his opposition to the same.

**IT IS SO STIPULATED.**

Dated: January 16, 2015

Respectfully submitted,

Jones Day

By: s/ Nathaniel Garrett
    Nathaniel Garrett

Attorneys for Defendants
MEDTRONIC, INC., MEDTRONIC AVE, INC., MEDTRONIC VASCULAR, INC., JAY LENKER, KIRSTEN FREISLINGER LUEHRS, ANEURX, INC., CARDIOVASCULAR CONCEPTS, INC.

Dated: January 16, 2015

NOLEN LAW FIRM

By: /s/ Rudy Nolen, Jr.
    Rudy Nolen, Jr.

Attorneys for Relator
TIMOTHY J. RYAN

The below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: January 16, 2015

/s/ Nathaniel P. Garrett.
Nathaniel P. Garrett

- 2 -

Admin. Mot. to Exceed Page Limit
4:13-cv-05936-JSW

## [PROPOSED] ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, the Court hereby Orders that Defendants' Motion to Dismiss Amended Complaint, and Relator's opposition to the same, shall be no more than 25 pages in length.

**IT IS SO ORDERED**.

Dated: January 20, 2015

_____
Hon. Jeffrey S. White
United States District Judge

- 3 -

Admin. Mot. to Exceed Page Limit
4:13-cv-05936-JSW