IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ex rel.,
TIMOTHY J. RYAN,

          Plaintiff-Relator,

   v.

THOMAS FOGARTY, et al.,

          Defendants.

_____/

No. C 13-05936 JSW

**ORDER TO SHOW CAUSE RE ADMINISTRATIVE MOTION TO SEAL**

On January 5, 2015, Defendants filed an administrative motion to file under seal a document designated confidential by Plaintiff Timothy Ryan.  Plaintiff has not filed a declaration that establishes the document is sealable in the time period required by Northern District Civil Local Rule 79-5.  Accordingly, the Court HEREBY ORDERS Plaintiff to show cause why the document should not be filed in the public record.  Plaintiff's response to the Order shall be due by April 10, 2015.  If Plaintiff fails to file a declaration by that date, the Court shall deny the motion to seal and it shall direct the document be filed in the public record without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California