**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
WILLIAM CALLAHAM, SBN 060728
DREW WIDDERS, SBN 245439
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

**NOLEN LAW FIRM**
RUDY NOLEN, JR., SBN 059808
1501 28th Street
Sacramento, California
Telephone: (916) 733-0600
Facsimile: (916) 733-0601

Attorneys for Plaintiff-Relator,
TIMOTHY J. RYAN, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., TIMOTHY J. RYAN, M.D.<br><br>Plaintiff-Relator,<br><br>v.<br><br>THOMAS FOGARTY, et al.,<br><br>Defendants. | Case No. 4:13-CV-05936-JSW<br><br>**REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2);** [PROPOSED] **ORDER** |

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure and based on the Court's Order Granting Defendants' Motion to Dismiss, Plaintiff -Relator TIMOTHY J. RYAN, M.D. and his counsel, hereby requests the Court to enter an Order dismissing the above-captioned action *without prejudice* against Defendants.

**NOLEN LAW FIRM**

/s/ Rudy Nolen
Rudy Nolen

1

|   |   |
|---|---|
| 1 | WILCOXEN CALLAHAM, LLP |
| 2 |   |
| 3 | /s/ Daniel Wilcoxen<br>Daniel Wilcoxen |

[PROPOSED] ORDER

Having considered the foregoing Request for Voluntary Dismissal made Plaintiff, and good cause appearing therefor, the Court hereby Orders that the matter be dismissed against all defendants without prejudice.

**IT IS SO ORDERD.**

Dated: May 22, 2015

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge

2
REQUEST FOR VOLUNTARY DISMISSAL